# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CRIMINAL NO. 3:19mj 104 |
| | ) |
| v. | ) |
| | ) |
| **MICHAEL M. KANNEY,** | ) |
| | ) |
| *Defendant.* | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, MICHAEL M. KANNEY, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE
### (Citation No. 6384681)

On or about June 6, 2019, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court, and being a place within the special territorial jurisdiction of the United States, defendant, MICHAEL M. KANNEY, was found operating a motor vehicle under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Sections 18.2-266 and 18.2-270 et seq.)

## **NOTICE OF REFUSAL**

Pursuant to Title 18, United States Code, Section 3118, the Court is hereby given Notice that on or about June 6, 2019, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, defendant, MICHAEL M. KANNEY, did refuse to submit to a test of his blood, breath or urine after having been apprehended for the offense of operating a motor vehicle under the influence of alcohol or other self-administered intoxicant or drug.

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____
Gabrielle S. Heim
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 765-1537
Fax: (804) 765-1950
gabrielle.s.heim.mil@mail.mil